# EXHIBIT A

white pages - Yahoo Search Resu | 520-402-1029 | Non-Fixed VoIP

whitepages.com/phone/1-520-402-1029

use cookies on this site to enhance the visitor experience. By using this site, you agree to this use. Learn more.

PERSON | **PHONE** | REVERSE ADDRESS | BUSINESS

1-520-402-1029

# (520) 402-1029

**Type:** Non-Fixed VoIP (e.g. Skype or Google Voice)
**Original carrier:** T-mobile Usa, Inc.

**PHONE NUMBER OWNER**
View owner's name