# EXHIBIT B

whitepages.com/phone/1-520-402-1017

We use cookies on this site to enhance the visitor experience. By using this site, you agree to this use. Learn more



| PERSON | PHONE | REVERSE ADDRESS | BUSINESS |

1-520-402-1017



## (520) 402-1017

Type: Non-Fixed VoIP   (e.g. Skype or Google Voice)
Original carrier: T-mobile Usa, Inc.

**PHONE NUMBER OWNER**
View owner's name

**Spam/Fraud Potential: Low Risk**
You can call with confidence.
Got a spam call from this number? Report it