# EXHIBIT D

White pages - Yahoo Search Results × | W 520-402-1020 | Non-Fixed VoIP ×   +

← → C  🔒 whitepages.com/phone/1-520-402-1020

W



| PERSON | PHONE | REVERSE ADDRESS | BUSINESS |

1-520-402-1020    🔍



## 📞 (520) 402-1020

Type: Non-Fixed VoIP   (e.g. Skype or Google Voice)
Original carrier: T-mobile Usa, Inc.

👤 **PHONE NUMBER OWNER**
View owner's name

⬇ **Spam/Fraud Potential: Low Risk**
You can call with confidence.
Got a spam call from this number? Report it

We use cookies on this site to enhance the visitor experience. By using this site, you agree to this use. Learn more  ✕