# EXHIBIT H

white pages - Yahoo Search Res... ✕ | W 520-402-1026 | Non-Fixed VoIP ✕ | +

← → ⟳ 🔒 whitepages.com/phone/1-520-402-1026

We use cookies on this site to enhance the visitor experience. By using this site, you agree to this use. Learn more.

| PERSON | PHONE | REVERSE ADDRESS | BUSINESS |

1-520-402-1026

🔍

📞 **(520) 402-1026**

Type: Non-Fixed VoIP   (e.g. Skype or Google Voice)
Original carrier: T-mobile Usa, Inc.



PHONE NUMBER OWNER
View owner's name

# EXHIBIT I


• 520-402-1017 - ARIZONA (7 C ✕ +

← → C 🔒 reportedcalls.com/5204021017

Complaints reported to the U.S. federal commissions.



**7 Complaints**
Reported to the FTC

View Alert Now
▷
✕

## Phone Number Information

Area Code (520) and Prefix (520) 402

🌐 **Country**
UNITED STATES

📍 **Location**
ARIZONA

⊙ **Rate Center**
BENSON

🏢 **Company**
T-MOBILE USA, INC.