Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone 602.229.5200

John Maston O'Neal (#015945)
John.oneal@quarles.com
Benjamin C. Nielsen (#029689)
Benjamin.nielsen@quarles.com
Lukas M. Landolt (#034759)
Lukas.landolt@quarles.com

*Attorneys for Defendant Homerun Offer, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Josh Jance,<br><br>             Plaintiff,<br><br>     vs.<br><br>Home Run Offer, LLC et al.,<br><br>             Defendant. | Case No. 4:20-cv-00482-JGZ<br><br>**DEFENDANTS' NOTICE OF SERVICE OF INITIAL DISCLOSURE STATEMENT** |

NOTICE IS HEREBY GIVEN that Defendant Homerun Offer, LLC served its Initial Disclosure Statement upon Plaintiff Josh Jance, by e-mail and U.S. Mail delivery.

RESPECTFULLY submitted this 1st day of October, 2021.

> QUARLES & BRADY LLP
> Renaissance One
> Two North Central Avenue
> Phoenix, AZ 85004-2391
>
> By */s/ John M. O'Neal*
>     John M. O'Neal
>     Benjamin C. Nielsen
>     Lukas M. Landolt
>
> *Attorneys for Defendant Homerun Offer, LLC*

QB\174492.00001\70474527.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and delivered a copy of the foregoing via United States Mail to the following:

>Josh M. Jance
>P.O. Box 43441
>Tucson, AZ 85733
>JoshJance@gmx.com
>*Plaintiff Pro Per*

>*/s/ Maria Marotta*