**MAGISTRATE JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA –TUCSON**
**CIVIL MINUTES - GENERAL**

Date: **December 10, 2021**

Civil Case Number: **CV-20-00482-TUC-JGZ**

Title: **Josh M Jance v Homerun Offer LLC**

Present:                              Hon. Maria S. Aguilera

For Telephonic Hearing only:
Magistrate Courtroom Clerk: Beth Harper            Court Reporter: CourtSmart

Plaintiff:     Pro Se
Attorneys for Defendants: Benjamin Christian Nielsen, Esq., John Maston O'Neal, Esq. and Gus Cinquino, Esq.

**PROCEEDINGS:**        X  Open Court*    X  Chambers**      ___ Other

\*\*The parties have met with Judge Aguilera, off the record for a Settlement Conference. A settlement has been reached. A stipulation is to be filed with the Court on or before 12/31/2021. Attorney O'Neal will prepare the final documents for Plaintiff's signature.

\*Thereafter, on the record, the details of the settlement were read into the record. All parties stipulate, the agreement, as read into the record, is correct.  Representative of Homerun Offer LLC, Noelle Pineda, also present by phone.

**SETTLEMENT CONFERENCE (2 hours 15 minutes)**
Beginning at 9:00 a.m.   Ending at 11:15 a.m.

**TELEPHONIC HEARING ( 10 minutes)**
Hearing Start Time:       11:30 a.m.
Hearing End Time:        11:40 a.m.