**Quarles & Brady** LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, Arizona  85004-2391
Telephone 602.229.5200

John Maston O'Neal (#015945)
John.oneal@quarles.com
Benjamin C. Nielsen (#029689)
Benjamin.nielsen@quarles.com

*Attorneys for Defendant Homerun Offer, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Josh Jance,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Home Run Offer, LLC et al.,<br><br>　　　　　Defendant. | Case No. 4:20-cv-00482-JGZ<br><br>**STIPULATION AND JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

　　　Plaintiff, JOSH JANCE. and Defendant, HOME RUN OFFER, LLC (collectively, the "Parties") stipulate and jointly move the Court to dismiss this matter with prejudice, each side bearing their own attorneys' fees and expenses.  A proposed order of dismissal is submitted herewith.

　　　Respectfully submitted this 30th day of December, 2021.

　　　　　　　　　　　　　　　　QUARLES & BRADY LLP
　　　　　　　　　　　　　　　　Renaissance One
　　　　　　　　　　　　　　　　Two North Central Avenue
　　　　　　　　　　　　　　　　Phoenix, AZ  85004-2391

　　　　　　　　　　　　　　　　By */s/ John M. O'Neal*
　　　　　　　　　　　　　　　　　　John M. O'Neal
　　　　　　　　　　　　　　　　　　Benjamin C. Nielsen

　　　　　　　　　　　　　　　　*Attorneys for Defendant Homerun Offer, LLC*

Josh M. Jance
P.O. Box 43441
Tucson, AZ 85733

By: /s/ Josh Jance (w/Permission)
    Josh Jance

*Plaintiff Pro Per*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and delivered a copy of the foregoing via United States Mail to the following:

Josh M. Jance
P.O. Box 43441
Tucson, AZ 85733
JoshJance@gmx.com
*Plaintiff Pro Per*

                                              */s/ Debra L. Hitchens*

-2-

QB\174492.00001\71576000.1