IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Josh M. Jance,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Homerun Offer LLC, et al.,<br><br>　　　　　Defendants. | No. CV-20-00482-TUC-JGZ<br><br>**ORDER** |

　　　Pending before the Court is the parties' Stipulation and Joint Motion for Dismissal with Prejudice. (Doc. 38.) Good cause appearing,

　　　**IT IS ORDERED** that this action is dismissed in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

　　　**IT IS FURTHER ORDERED** that the Clerk of the Court shall terminate this action.

　　　Dated this 31st day of December, 2021.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Jennifer G. Zipps
　　　　　　　　　　　　　　　　　　　　　United States District Judge